UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2448
_____

JOHN B. KIMBLE,

             Plaintiff – Appellant,

      v.

DEAN WITHERS, CEO; DARLENE SITES; F&M BANK CORP,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Michael F. Urbanski,
District Judge.  (5:12-cv-00110-MFU)

_____

Submitted:  March 27, 2014            Decided:  April 10, 2014

_____

Before NIEMEYER and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John B. Kimble, Appellant Pro Se. David Alvin Penrod, Grant
David Penrod, HOOVER PENROD PLC, Harrisonburg, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John B. Kimble appeals the district court's order adopting the magistrate judge's recommendation to dismiss Kimble's civil action, and its order denying relief under Fed. R. Civ. P. 59(e).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kimble v. Withers, No. 5:12-cv-00110-MFU (W.D. Va. Nov. 21 & Dec. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although Kimble did not file a separate notice of appeal from the latter order, we construe his amended informal brief as a notice of appeal from that order. See Smith v. Barry, 502 U.S. 244, 248-49 (1992).